# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re VITALITY HEALTH PLAN OF CALIFORNIA, INC.,<br>　　Debtor. | CV 23-3184 DSF<br><br>Bank. Case No. 2:20-bk-21041 WB |
| ERIC J. WEISSMAN, Trustee,<br>　　Plaintiff/Appellee,<br><br>v.<br><br>LYNNE A. BUI and the TRUSTEE OF THE LYNNE A. BUI LIVING TRUST DATED AUGUST 3, 2009,<br>　　Defendants/Appellants. | Order DISMISSING Appeal of Lynne A. Bui Living Trust Dated August 3, 2009 and Setting Briefing Schedule |

　　On July 12, 2023, the Court conditionally granted Appellants' counsel's motion to withdraw as counsel. In that order, the Court ordered counsel to inform Appellants that, no later than August 30, 2023, Appellants must either (1) provide evidence that the Trustee of the Lynne A. Bui Living Trust Dated August 3, 2009 is the sole beneficiary of the Trust or (2) arrange for an attorney to appear on behalf of the Trust. Failure to do so would result in the striking of the Trust as a party. Appellants' former counsel attested that he provided this information to Appellants. Dkt. 14.

Appellants have not provided any information on the Trust and no attorney has appeared on behalf of the Trust. Therefore, the Trust is DISMISSED from the appeal.

The remaining individual Appellant, who is currently appearing pro se, is to file her opening brief no later than October 9, 2023. Appellee's brief and Appellant's reply brief are due in accordance with Federal Rule of Bankruptcy Procedure 8018(a).

IT IS SO ORDERED.

Date: September 6, 2023

Dale S. Fischer
United States District Judge